UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| SHARON B. HEALY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>CHESAPEAKE APPALACHIA, LLC, NiSOURCE INC., and COLUMBIA ENERGY GROUP,<br><br>        Defendants. | Case No. 1:10-cv-23 |

## NOTICE OF SETTLEMENT

The parties are pleased to inform the Court that they have reached an agreement in principle to settle all claims in this case. Because this is a class settlement, the parties intend, within the next 30-45 days, to submit a motion for preliminary approval of the settlement pursuant to Federal Rule of Civil Procedure 23(e). Accordingly, the parties respectfully request that the Court stay all pending deadlines in the case while the parties document the settlement. A proposed order setting a deadline for submission of the preliminary approval papers and removing pending deadlines from the calendar is attached as Exhibit A.

Respectfully submitted,

Dated: March 2, 2011

McGUIRE WOODS, LLP

By: ___/s/ *Yvette Harmon*___
      Yvette Harmon

Dated: March 2, 2011

LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP

By: ___/s/ *David S. Stellings*___
      David S. Stellings

912581.1

McGUIREWOODS, LLP
Yvette Harmon (admitted *pro hac vice*)
Jonathan T. Blank (VSB No. 383487)
Jacob S. Woody (VSB No. 77485)
310 Fourth Street, N.E., Suite 300
P.O. Box 1288
Charlottesville, VA  22902
Telephone : (434) 977-2509
Facsimile :   (434) 980-2258

*Attorneys for Chesapeake Appalachia, LLC, Columbia Energy Group, and NiSource, Inc.*


Daniel T. Donovan (admitted *pro hac vice)*
KIRKLAND & ELLIS, LLP
655 15th Street, N.W., Suite 1200
Washington, DC  20005-5793
Telephone: (202) 879-5000
Facsimile:  (202) 879-5200

*Attorneys for Chesapeake Appalachia, LLC*

LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
David S. Stellings
Steven E. Fineman
Jennifer Gross
Daniel E. Seltz
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile:  (212) 355-9592
dstellings@lchb.com
sfineman@lchb.com
jgross@lchb.com
dseltz@lchb.com


Elizabeth J. Cabraser (State Bar No. 083151)
LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile:   (415) 956-1008
ecabraser@lchb.com

Elizabeth Alexander
LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile:  (615) 313-9965
ealexander@lchb.com

Larry D. Moffett
DANIEL COKER HORTON & BELL, P.A.
265 North Lamar Blvd., Suite R
P.O. Box 1396
Oxford, MS 38655
Telephone: (662) 232-8979
Facsimile:  (662) 232-8940
lmoffett@danielcoker.com

Don Barrett
David M. McMullan, Jr.
Brian Herrington
Katherine B. Riley
BARRETT LAW GROUP, P.A.
404 Court Square North
P.O. Drawer 927
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile:  (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
bherrington@barrettlawgroup.com
kbriley@barrettlawgroup.com

Charles F. Barrett
CHARLES BARRETT, P.C.
6518 Highway 100, Suite 210
Nashville TN 37205
Telephone: (615) 515-3393
Facsimile:  (615) 515-3395
charles@cfbfirm.com

Richard R. Barrett
LAW OFFICES OF RICHARD R. BARRETT, PLLC
1223 Jackson Avenue, Suite 203
Oxford, MS 38655
Telephone: (662) 307-7000
Facsimile:  (866) 430-5459
rrb@rrblawfirm.net

Thomas Leslie Pruitt
PRUITT & CHILDRESS, P.C.
Post Office Box 1259
Grundy, VA 24614
T: 276-935-7900
F: 276-935-7905
tlpruitt@pnc-law.com

Mary E. McAlister
P.O. Box 354
Madison, Mississippi 39130
Telephone No.: (60l) 506-9125
mcalistermeg@gmail.com

912581.1

# EXHIBIT A

912581.1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| SHARON B. HEALY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>CHESAPEAKE APPALACHIA, LLC, NiSOURCE INC., and COLUMBIA ENERGY GROUP,<br><br>        Defendants. | Case No. 1:10-cv-23 |

## **[PROPOSED] ORDER**

The Court having received notice of an intent to settle the claims in the above referenced case, it is hereby ordered that all pending deadlines be removed from the Court's calendar and docket, and it is further ordered that the parties shall submit a motion for preliminary approval of the class settlement, along with supporting papers, no later than April 15, 2011.

SO ORDERED on this the _____ day of _____, 2011.

_____
JUDGE JAMES P. JONES
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that he has this day served a true and correct copy of the above and foregoing upon all counsel of record via ECF notification:

>Yvette Harmon, Esq.
>MCGUIRE WOODS LLP – NEW YORK
>7th Floor
>1345 Avenue of the Americas
>New York, New York 10501
>yharmon@mcguirewoods.com
>
>Jonathan Todd Blank, Esq.
>Catherine Paige Bobick, Esq.
>MCGUIRE WOODS LLP
>Post Office Box 1288
>Charlottesville, VA 22902-1288
>jblank@mcguirewoods.com
>pbobick@mcguirewoods.com
>
>James W. Draughn, Jr. (VSB #33205)
>Daniel T. Donovan
>Kirkland & Ellis, LLP
>655 15th Street, N.W., Ste 1200
>Washington DC 20005-5793
>james.draughn@kirkland.com
>daniel.donovan@kirkland.com
>
>Daniel R. Bieger, Esq. (VSB #18456)
>Copeland & Bieger, P.C.
>P.O. Box 1296
>Abingdon, VA 24212
>mail@copelandbieger.com

This the 2nd day of March, 2011.

>>/s/ Daniel E. Seltz
>>Daniel E. Seltz
>>Attorney for Plaintiff